**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**MALLORY MARTIN AND MICHAEL JONES,
INDIVIDUALLY AND ON BEHALF OF THE
WRONGFUL DEATH BENEFICIARIES OF
MICHAEL L. JONES, JR., DECEASED                                 PLAINTIFFS**

**VS.                          CIVIL ACTION NO.: 3:06cv-411WHB-JCS**

**JACKSON HMA, INC. d/b/a
HEALTH MANAGEMENT ASSOCIATES, INC.
d/b/a CENTRAL MISSISSIPPI MEDICAL CENTER,
CENTRAL MISSISSIPPI MEDICAL CENTER,
ALISON FURR, RN., EDITH SMITH-RAYFORD, M.D.
AND JOHN DOES #1-10                                             DEFENDANTS**

**AGREED ORDER TO DISMISS WITHOUT PREJUDICE**

THIS COURT, having considered the motion of Plaintiffs, Mallory Martin and Michael Jones, individually and on behalf of the Wrongful Death Beneficiaries of Michael L. Jones, Jr., deceased, by and through counsel, requesting dismissal of this matter and after considering the pleadings on file, and finding agreement of counsel, the Court finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that Plaintiffs, Mallory Martin and Michael Jones, individually and on behalf of the Wrongful Death Beneficiaries of Michael L. Jones, Jr., deceased, shall be and are hereby allowed to dismiss this action without prejudice.

SO ORDERED, this the 25th day of October, 2006.

s/William H. Barbour, Jr.
UNITED STATES DISTRICT COURT JUDGE

s/Rebecca M. Langston
Shane F. Langston, MSB # 1061
Rebecca M. Langston, MSB # 99608
Rick D. Patt, Esq., MSB # 8747
LANGSTON & LANGSTON, PLLC
201 N. President Street
Jackson, Mississippi  39201
(601) 969-1356


s/Mark P. Caraway
Mark Caraway, Esq.
Wise Carter Child & Caraway
Post Office Box 651
Jackson, Mississippi 39205-0651


s/Mitzi Dease Page
Mitzi Dease Page, Esq.
Assistant United States Attorney
188 E. Capitol Street, Suite 500
Jackson, MS  39201-0101